United States Court of Appeals
Fifth Circuit

**F I L E D**

**December 12, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 06-40411
Conference Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MONICA RAYSHELL JONES,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 1:05-CR-101-ALL
--------------------

Before KING, WIENER, and OWEN, Circuit Judges.

PER CURIAM:*

The Federal Public Defender appointed to represent Monica
Rayshell Jones has requested leave to withdraw and has filed a
brief as required by Anders v. California, 386 U.S. 738 (1967).
Jones has received a copy of counsel's motion and brief but has
not filed a response. The Government has moved to dismiss the
appeal based on Jones's appeal waiver.

Our independent review of the record and counsel's brief
discloses no nonfrivolous issue for appeal. Counsel's motion for
leave to withdraw is GRANTED, counsel is excused from further

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

responsibilities, and the APPEAL IS DISMISSED.  <u>See</u> 5TH CIR.
R. 42.2.  Accordingly, the Government's motion to dismiss the
appeal is DENIED.